**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Antonio Aguilera, ) | No. CV 05-3377-PCT-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Golden Eagle Distributors, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before this Court is Defendant's motion to amend the judgment to include the costs taxed by the Clerk of the Court (Doc. #56). Plaintiff did not respond to the motion.

Local Rule Civil 54.1(b) states: "In the absence of objection, any item listed may be taxed in the discretion of the Clerk. The Clerk shall thereupon docket and include the costs in the judgment." In this case, there was no objection to the Bill of Costs. Accordingly, under Local Rule Civil 54.1(b) the Clerk of the Court should amend the judgment to include the costs taxed. Therefore,

///
///
///
///
///
///

1    IT IS ORDERED that the motion to amended the judgment (Doc. #56) is granted.
2 The Clerk of the Court shall amend the judgment to include the costs taxed at Doc. #55. The
3 Clerk of the Court may use the amended judgment proposed by Defendant at Doc. #56-1.
4    DATED this 24th day of November, 2008.

_____
James A. Teilborg
United States District Judge